**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CURTIS ADAMS & FRANCES R. ADAMS,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**WELLS FARGO BANK, N.A.,**<br><br>    **Defendant.** | **Case No.:  13-CV-5164  YGR**<br><br>**ORDER DEEMING BRIEFING ON FIRST MOTION TO DISMISS TO APPLY TO SECOND MOTION TO DISMISS** |

On November 27, 2013, Defendant in this action filed a Motion to Dismiss Plaintiff's Complaint.  (Dkt. No. 7.)  In response thereto, Plaintiffs filed an opposition and Defendant filed a reply. (Dkt. Nos. 14, 18.)

Upon reassignment of this case to this Court, Defendant did not re-notice its original Motion to Dismiss. (Dkt. No. 7).  Rather, Defendant re-filed its Motion to Dismiss as a new docket entry, setting new briefing deadlines. (Dkt. No. 23.)  However, the substance of the Motion to Dismiss (Dkt. No. 23) remains identical to the original Motion to Dismiss (Dkt. No. 7).  Accordingly, Plaintiffs' Opposition (Dkt. No. 14) and Defendants' Reply (Dkt. No. 18) are hereby deemed responsive to Defendants' Motion to Dismiss (Dkt. No. 23).

**IT IS SO ORDERED.**

**February 14, 2014**

                                                _____
                                                **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**