**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CURTIS AND FRANCES ADAMS,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**WELLS FARGO BANK,** *et al.***,**<br><br>    **Defendant(s).** | Case No.: 13-CV-5164 YGR<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; REFERRING PARTIES TO ALTERNATIVE DISPUTE RESOLUTION** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT the Case Management Conference in this matter is **CONTINUED** from June 23 to **Monday, September 22, 2014** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

The parties are hereby REFERRED to the Alternative Dispute Resolution ("ADR") Unit for further assessment to conclude no later than September 12, 2014. In the parties' Case Management Statement, due no later than five business days before the Case Management Conference, the parties will notify the court regarding the ADR proceedings and the status of this case.

**IT IS SO ORDERED.**

Dated: June 10, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

CC: ADR