UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Curtis & Frances Adams | )<br>)<br>) |
| Plaintiff(s), | ) Case Number: 13-cv-5164 -YGR<br>) |
| vs. | ) ORDER APPOINTING COUNSEL<br>) |
| Wells Fargo, et al., | ) |
| Defendant(s). | )<br>) |

Because the Plaintiff has requested and is in need of counsel to assist him/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Aaron P. Silberman and Lauren Kramer of Rogers Joseph O'Donnell are hereby appointed as counsel for Plaintiffs in this matter.

The scope of this referral shall be for:

☐ all purposes for the duration of the case

☒ the limited purpose of representing the litigant in the course of

　　☐ mediation

　　☐ early neutral evaluation

　　☐ settlement conference

　　☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
　　_____

　　☐ discovery as follows:
　　_____

　　☒ other:
　　_____ADR_____
　　_____

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

IT IS SO ORDERED.

Dated: July 11, 2014

_____
Yvonne Gonzalez Rogers
United States District Judge

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES