**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CURTIS ADAMS, ET AL.**<br><br>  **Plaintiffs,**<br><br>  vs.<br><br>**WELLS FARGO BANK, N.A.,** *et al.*,<br><br>  **Defendants.** | Case No.: 13-CV-5164 YGR<br><br>**ORDER REFERRING TO MEDIATION; CONTINUING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

In furtherance of the ongoing alternative dispute resolution proceedings in this matter, this case is hereby **REFERRED** to mediation. Accordingly, the Case Management Conference in this matter is **CONTINUED** from September 22, 2014 to **Monday, October 27, 2014** at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

September 15, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: ADR