UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CURTIS W. ADAMS, ET AL.,**

    Plaintiffs,

    v.

**WELLS FARGO BANK, N.A., ET AL.,**

    Defendants.

Case No.  13-cv-05164-YGR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Case Management Conference in this matter set for October 27, 2014, is **CONTINUED** to **Monday,** December 1, 2014 at **2:00 p.m.** in the Ronald V. Dellums Federal Building, located at 1301 Clay Street, Oakland, California, Courtroom 1.

    **IT IS SO ORDERED.**

Dated:  October 21, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT**