UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS W. ADAMS, ET AL.,**<br>Plaintiffs,<br>v.<br>**WELLS FARGO BANK, N.A., ET AL.,**<br>Defendants. | Case No.  13-cv-05164-YGR<br><br>**NOTICE RE PENDING MOTION** |

    The Court, having been informed that settlement discussions in this case have concluded unsuccessfully, hereby informs the parties that it will now take defendants' Motion to Dismiss under submission.  (Dkt. No. 23.)  Pursuant to prior Order (Dkt. No. 29), the Court will consider plaintiffs' opposition (Dkt. No. 14) and defendants' reply (Dkt. No. 18) as responsive to that motion.

    **IT IS SO ORDERED.**

Dated:  January 27, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**