**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CURTIS W. ADAMS, ET AL.**, <br><br>     Plaintiffs, <br><br>     v. <br><br> **WELLS FARGO BANK, N.A., ET AL.**, <br><br>     Defendants. | Case No.: 13-CV-5164 YGR <br><br> **ORDER REGARDING PLAINTIFFS' FAILURE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT; CONTINUING HEARING** |

On August 17, 2015, Defendant Wells Fargo Bank, N.A. filed a Motion to Dismiss the First Amended Complaint of Plaintiffs Curtis W. Adams and Frances R. Adams. (Dkt. No. 67.) Plaintiff's opposition was due on August 31, 2015. Civ. L.R. 7-3(a). To date, Plaintiffs have failed to oppose the Motion.

Plaintiffs shall file opposition to the Motion to Dismiss no later than **September 15, 2015**. Failure to file opposition by that date will result in dismissal of the action against Defendant Wells Fargo Bank and all Doe defendants for failure to prosecute.

Any reply to an opposition must be served and filed not more than 7 days after the opposition is served and filed. Civ. L.R. 7-3(c).

The hearing currently set for currently set for September 29, 2015, at 2:00 p.m. is **CONTINUED** to **October 6, 2015, at 2:00 p.m.**

**IT IS SO ORDERED.**

Dated: September 4, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**