**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CURTIS W. ADAMS, ET AL.**, <br> Plaintiffs, <br> v. <br> **WELLS FARGO BANK, N.A., ET AL.**, <br> Defendants. | Case No.: 13-CV-5164 YGR <br><br> **ORDER VACATING OCTOBER 6, 2015 HEARING** |

On August 17, 2015, Defendant Wells Fargo Bank, N.A. filed a Motion to Dismiss the First Amended Complaint of Plaintiffs Curtis W. Adams and Frances R. Adams. (Dkt. No. 67.) The Court has reviewed the papers filed in connection with the motion, opposition, and reply and finds this matter appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for **October 6, 2015,** is **VACATED**. The Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: October 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**