**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CURTIS W. ADAMS, ET AL.**,<br><br>    Plaintiffs,<br><br>    v.<br><br>**WELLS FARGO BANK, N.A., ET AL.**,<br><br>    Defendants. | Case No.: **13-CV-5164  YGR**<br><br>**JUDGMENT IN FAVOR OF WELLS FARGO BANK, N.A.** |

The Court having granted the Motion to Dismiss the First Amended Complaint by Defendant Wells Fargo Bank, N.A., it is **ORDERED, ADJUDGED AND DECREED** that:

Judgment is entered in favor of Defendant Wells Fargo Bank, N.A, and against Plaintiffs Curtis W. Adams and Francis R. Adams.  Plaintiffs Curtis W. Adams and Francis R. Adams shall take nothing by their complaint.

**IT IS SO ORDERED.**

Date: October 26, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**